# THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF COLORADO

Civil Action No.:1:14-cv-02764-JLK

West Slope Colorado Oil and Gas Association,

Plaintiff/Petitioner,

v.

Sally JEWELL, in her official capacity as the Secretary of the United States Department of the Interior;

United States Department of the Interior;

Daniel M. Ashe, in his official capacity as the Director of the United States Fish and Wildlife Service;

United States Fish and Wildlife Service;

Ruth Welch, in her official capacity as the State Director of the Bureau of Land Management Colorado State Office;

Bureau of Land Management Colorado State Office;

Kent Walter, in his official capacity as Field Manager of the Bureau of Land Management White River Field Office,

    Defendants/Respondents.

## ORDER GRANTING JOINT MOTION TO AMEND THE JOINT CASE MANAGEMENT PLAN

THIS MATTER came before the Court by a Joint Motion to Amend the Joint Case Management Plan, AND THE COURT, having considered the matter and finding good cause to support the requested amendment, hereby GRANTS the Motion. It is

2

ORDERED that the filing deadlines in the Joint Case Management Plan dated February 19, 2015 shall be amended as follows:

**Petitioner's Opening Brief Due: April 29, 2015**

**Proposed Amicus Briefs Supporting Petition Due: April 29, 2015**

**Respondents' Response Brief Due: June 17, 2015**

**Petitioner's Reply Brief Due: July 2, 2015**

Dated this 8th day of April, 2015.

BY THE COURT:

*s/John L. Kane*
Hon. John L. Kane

2